D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
UNITED STATES OF AMERICA,

                       Plaintiff,

   -against-

BRYAN A. CUMBERBATCH SR. and GLORIA'S WEST
INDIAN RESTAURANT, INC.,

                       Defendant.
------------------------------------------------------------------- X

09-MC-11 (ARR)(MDG)

NOT FOR
PRINT OR ELECTRONIC
PUBLICATION

ORDER

ROSS, United States District Judge:

    The court has received the Report and Recommendation on the instant case dated February 9, 2009 from the Honorable Marilyn D. Go, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. O5 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, the Government's petition to enforce the summons is granted and the respondents are ordered to respond to the summons served on them by March 27, 2009.

SO ORDERED.

s/ ARR

Allyne R. Ross
United States District Judge

Dated: March 17, 2009
Brooklyn, New York

SERVICE LIST:

<u>Plantiff's Attorney</u>
Erin Argo
United States Attorneys Office
271 Cadman Plaza East
Brooklyn, NY 11201

<u>Defendant</u>
Bryan Cumberbatch
1148 Nostrand Avenue
Brooklyn, NY 11225


cc:     Magistrate Judge Go